IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL ACTION

BARBARA TAYLOR,

    Plaintiff,

CASE NO.: 20-CA-552

BANK OF AMERICA, N.A.,

    Defendant.
_____/

### FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, BARBARA TAYLOR, by and through the undersigned attorneys, sues the Defendant, BANK OF AMERICA, N.A., and alleges:

1. This is an action for damages that exceed $30,000.

2. Defendant, BANK OF AMERICA, N.A., is now, and at all times herein mentioned was, an entity duly authorized and licensed to do business in the State of Florida.

3. At the time and place of the incident, Defendant, BANK OF AMERICA, N.A., availed itself of the jurisdiction of this Court by carrying on business in Charlotte County, Florida at the subject location.

4. Venue is proper in Charlotte County, Florida as the incident in question occurred in Charlotte County, Florida.

5. On or about June 12, 2017, Defendant, BANK OF AMERICA, N.A., owned, operated, managed and/or controlled property located at 21175 Olean Blvd, Port Charlotte, Florida, that was open to the general public, including the drive aisle running along the front of the bank.

6. At all times material to this cause of action, Plaintiff, BARBARA TAYLOR, was upon the premises for the purposes of banking and was therefore a business invitee.

7. On or about June 12, 2017, Plaintiff, BARBARA TAYLOR, was injured when she tripped and fell on a speed bump in said drive aisle which was painted in a manner which made the change in elevation inconspicuous, causing her severe personal injury as hereinafter described.

8. The speed bump was much smaller than the area that was painted yellow, which created an optical illusion making the surface look flat, which was an unreasonably dangerous condition.

9. At all times material to this cause of action Defendant, BANK OF AMERICA, N.A., as owner, operator, manager, or entity in actual control of said premises, had a duty of reasonable care to maintain the premises in a reasonably safe condition for the safety of invitees on the premises.

10. Defendant, BANK OF AMERICA, N.A., its agents, servants and/or employees, acted negligently by failing to exercise reasonable care by, among other things:

    a. Failing to provide a safe place for their invitees;

    b. Creating an unreasonably dangerous condition;

    c. Carelessly and negligently permitting and allowing a condition to remain on the premises which involved unreasonable risk of harm to another person;

    d. Failing to inspect, discover and correct the aforementioned dangerous condition;

    e. Carelessly and negligently failing to take reasonable precautions to guard or protect Plaintiff against said dangerous or hazardous condition; and,

    f. Failing to properly warn Plaintiff of the dangerous condition or to provide proper protection against same.

11. Defendant, BANK OF AMERICA, N.A., knew, or in the exercise of reasonable care should have known, of the existence of the dangerous and hazardous condition as described above, and Defendant was negligent in not eliminating said dangerous condition.

12. As a result, Plaintiff, BARBARA TAYLOR, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, aggravation of a pre-existing condition, and numerous medical expenses. The losses are permanent and continuing in nature and the Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff, BARBARA TAYLOR, sues the Defendant, BANK OF AMERICA, N.A., for compensatory damages in an amount in excess of $30,000, exclusive of interest and costs, and demands a trial by jury of all issues triable as of right by a jury.

> GOLDSTEIN, BUCKLEY,
> CECHMAN, RICE & PURTZ, P.A.
> 1515 Broadway
> PO Box 2366
> Ft. Myers, FL 33902-2366
> 239-334-1146
>
> By: */s/ CHRISTOPHER J. SMITH*
>   CHRISTOPHER J. SMITH
>   Florida Bar No. 0046260

Copies to:
CJS@gbclaw.com
CJSservice@gbclaw.com